UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: GENERAC SOLAR POWER	Case No. 23-MD-3078
SYSTEMS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

This Document Relates to: *Hufton et al. v. Generac Power Systems Inc., et al.*, Case No. 2:23-cv-00771

## STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Gary Hufton and Aramie McDonald, Named Plaintiffs in Case No. 2:23-cv-00771, hereby stipulate with Defendants Generac Power Systems, Inc. and Generac Holdings, Inc. ("Defendants") to the dismissal, without prejudice, of their claims against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 16, 2024

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
Megan E. Shannon
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
Email: beth@feganscott.com
Email: megan@feganscott.com

***Attorneys for Plaintiffs Hufton and McDonald***

By: */s/ Michael J. Gill*
Michael J. Gill (IL Bar No. 957615)
Michael A. Olsen
Gina A. Jordt
Robert Entwisle

1

**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (513) 579-6457
Facsimile: (513) 579-6457
Email: mgill@mayerbrown.com
Email: molsen@mayerbrown.com
Email: gjordt@mayerbrown.com
Email: rentwisle@mayerbrown.com

Elspeth V. Hansen
**MAYER BROWN LLP**
3000 El Camino Real
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2043
Facsimile: (650) 331-2060
Email: ehansen@mayerbrown.com

Andrew J. Spadafora
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3043
Facsimile: (202) 263-3300
aspadafora@mayerbrown.com

*Counsel for Defendants Generac Power Systems, Inc. and Generac Holdings Inc.*