# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE: GENERAC SOLAR POWER
SYSTEMS MARKETING, SALES       MDL No. 23-MD-3078
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

**This Document Relates to All Cases**

_____

## ORDER

On October 3, 2025, the parties indicated that they have reached a settlement in principle as to all claims in this consolidated case. The parties request that this court stay all proceedings while the settlement agreement is finalized.

Therefore, **IT IS ORDERED** that all proceedings and deadlines in this case are **STAYED** pending further order of the court. Plaintiffs will file a Motion for Preliminary Approval of the Settlement no later than November 21, 2025.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2025.

                                                /s/ Lynn Adelman
                                                LYNN ADELMAN
                                                United States District Judge